| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Glenn, Martin | 2. Court or Organization<br><br>U.S. Bankruptcy Court, SDNY | 3. Date of Report<br><br>05/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>One Bowling Green, Room 504<br>New York, NY 10004-1408 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | O'Melveny & Myers LLP partnership retirement plan (pursuant to Partnership Agreement) with former law firm -- no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Glenn, Martin | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | O'Melveny & Myers LLP retirement income | $270,120.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | TEVA Neuroscience Inc. -- Form 1099 income as Peer Advocate |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell Law School | 2/6//2014 - 2/8/2014 | Ithaca, NY | Judge Moot Court Competition | Transportation, Food, Hotel |
| 2. | George Mason University | 5/4/2014 - 5/7/2014 | Arlington, VA | Attend Seminar | Transportation, Food, Hotel |
| 3. | Hudson Valley Bankruptcy Bar Ass'n | 9/11/2014 - 9/12/2014 | Hyde Park, NY | Speak at Seminar | Transportation, Food, Hotel |
| 4. | American Bar Association | 10/8/2014 - 10/10/2014 | Chicago, IL | Speak at Seminar | Transportaton, Food, Hotel |
| 5. | American Bankruptcy Institute | 11/11/2014 - 11/12/2014 | Chicago, IL | Speak at Seminar | Transportation, Food, Hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Glenn, Martin | 05/13/2015 |

| | | | | |
|---|---|---|---|---|
| 6. | INSOL International | 11/16/2014 - 11/17/2014 | Toronto, Canada | Speak at Seminar | Transportation, Food, Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Glenn, Martin | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Glenn, Martin | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Brokerage Account | | | | | | | | | |
| 2. Amgen Inc. common | B | Dividend | M | T | | | | | |
| 3. Cisco Systems Inc. common | B | Dividend | L | T | | | | | |
| 4. EMC Corp. common | A | Dividend | K | T | | | | | |
| 5. Energizer Holdings common | A | Dividend | K | T | | | | | |
| 6. Franklin Real Estate Securities FD CL C | A | Distribution | | | Sold | 12/23/14 | L | A | |
| 7. Franklin Rising Dividends C | A | Dividend | L | T | Buy | 12/23/14 | L | | |
| 8. IBM Corp common | A | Dividend | K | T | | | | | |
| 9. KLA-Tencor Corp. common | B | Dividend | L | T | | | | | |
| 10. MFS Utilities Fund CL C | B | Distribution | L | T | | | | | |
| 11. Proctor & Gamble Co. common | A | Dividend | K | T | | | | | |
| 12. Target Corp. common | A | Dividend | K | T | | | | | |
| 13. Olstein All Cap Value Fund Class C | | None | M | T | | | | | |
| 14. Pioneer High Yield FD CL C | D | Distribution | N | T | | | | | |
| 15. Invesco (formerly Van Kampen) Equity & Income Fund Class C) | B | Distribution | M | T | | | | | |
| 16. Western Asset High Income Opportunity FD | A | Distribution | J | T | | | | | |
| 17. Western Asset Municipals A | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Glenn, Martin | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UTS First Trust Dow Target | E | Distribution | | | Sold | 09/08/14 | O | F | |
| 19. UTS First Trust Dow Target | | Distribution | O | T | Buy | 09/08/14 | O | | |
| 20. NYC GEN OBL BONDS | E | Interest | O | T | | | | | |
| 21. NYS ENVRMTL FAC CRP BONDS | D | Interest | M | T | Redeemed (part) | 06/16/14 | K | A | |
| 22. NYC TRANSITIONAL FIN AUTH BOND | D | Interest | M | T | | | | | |
| 23. NYC Municipal Water Finance Authority | E | Interest | N | T | | | | | |
| 24. PORT AUTH NY & NJ REF BOND | A | Interest | K | T | | | | | |
| 25. METROPOLITAN TSPTN AU NY BOND | D | Interest | M | T | | | | | |
| 26. NYS ENV FACS CRP BONDS | C | Interest | M | T | | | | | |
| 27. BAYPORT-BLUE POINT NY UNION FREE SCH DIST BOND | C | Interest | M | T | | | | | |
| 28. BYRAM HILLS NY CENT SCH DIST BOND | B | Interest | L | T | | | | | |
| 29. HAMPTON BAYS NY UN FREE SCH DIST | C | Interest | M | T | | | | | |
| 30. MIDDLE COUNTRY CSD NY BOND | C | Interest | M | T | | | | | |
| 31. TRIBOROUGH BRDG & TUN AUTH NY BONDS | D | Interest | M | T | | | | | |
| 32. NYS DORM AU REV MEM SLOAN BOND | C | Interest | L | T | | | | | |
| 33. NYS DORM AUTH BDS | B | Interest | L | T | | | | | |
| 34. NYS DORM AUTH BDS | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Glenn, Martin | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NYS DORM AUTH CITY UNIV CONS REV BOND | D | Interest | M | T | | | | | |
| 36. NYS NYU DORM AUTH REV BDS | A | Interest | N | T | | | | | |
| 37. NASSAU CO SEWER & STORM WTR FIN AUTH | A | Interest | L | T | | | | | |
| 38. PORT AUTH NY & NJ CONS | B | Interest | L | T | | | | | |
| 39. Sales Tax Asset Receivable Corp. | A | Interest | L | T | | | | | |
| 40. SUFFOLK CNTY NY PUB IMPT BOND | C | Interest | M | T | | | | | |
| 41. NYS GO | B | Interest | K | T | | | | | |
| 42. CITIBANK BANK DEPOSIT PROGRAM | D | Interest | N | T | | | | | |
| 43. Fidelity High Income Fund | A | Dividend | J | T | | | | | |
| 44. Legg Mason Partners Municipal Fund | B | Int./Div. | K | T | | | | | |
| 45. Citibank Bank Accounts | A | Interest | N | T | | | | | |
| 46. | | | | | | | | | |
| 47. Series EE US Savings Bonds | | None | L | T | | | | | |
| 48. | | | | | | | | | |
| 49. O & M Investment Partners LP/Michael T. Jackson Investments | B | Int./Div. | N | T | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Glenn, Martin | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AXA Equitable Flexible Premium Variable Life | B | Dividend | K | T | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. Hampshire Partners REIT VI, Inc. ($3,000 - bought 1/31/04) | A | Distribution | J | R | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. Martin Glenn Smith Barney IRA Account # 1 | | | | | | | | | |
| 59. Legg Mason Ptnrs (Clearbridge) Aggressive Growth Fund Class A | | None | O | T | | | | | |
| 60. Legg Mason (Clearbridge) Ptnrs Capital & Income Fund Class A | E | Distribution | P1 | T | | | | | |
| 61. Legg Mason (Clearbridge) Appreciation Fund Class A | D | Distribution | P1 | T | | | | | |
| 62. Legg Mason Value Trust Inc. | B | Distribution | N | T | | | | | |
| 63. MFS Utilities Fund CL C | B | Distribution | L | T | | | | | |
| 64. Olstein All CAP Value Fund Class C | | None | O | T | | | | | |
| 65. Citibank Bank Deposit Program | A | Interest | K | T | | | | | |
| 66. JP Morgan Chase Certificate of deposit | A | Interest | L | T | Buy | 02/11/14 | L | | |
| 67. | | | | | | | | | |
| 68. Andrea Glenn Smith Barney IRA Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Glenn, Martin | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Legg Mason (Clearbridge) Capital & Income Fund CL C | A | Distribution | J | T | | | | | |
| 70. | Lord Abbett Balanced Strategy Fund CL C | A | Distribution | J | T | | | | | |
| 71. | Olstein All Cap Value Fund CL C | | None | J | T | | | | | |
| 72. | Citibank Bank Deposit Program | A | Interest | J | T | | | | | |
| 73. | First Eagle Global Fund | A | Distribution | J | T | | | | | |
| 74. | MFS Utilities Fund CL C | A | Distribution | J | T | | | | | |
| 75. | | | | | | | | | | |
| 76. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Glenn, Martin | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With respect to the entry in Part VII, line 52, I hold a limited partnership interest in a fund that invests in publicly traded securities. I have never received any distributions from this limited partnership. To the extent that the fund receives income, the value of my investment increases, and the value at year end is reflected in column C(1). For income tax reporting purposes, the K-1 return I receive reflects income (or losses) derived from the following sources: ordinary dividends, interest income, short-term capital gains (or losses) and long-term capital gains (or losses). In line 52, column B(2), I have selected "Int/Div" as the income type, but it should be noted that income reported for tax purposes also includes income (or losses) from short and long term capital gains (or losses). My entry in line 58, column B(1) reflects my percentage share for income (or losses) reported from all categories of income as explained in this paragraph. I have not yet received a K-1 return for calendar year 2014 so the income and year-end investment value ranges are based on good faith estimates.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Martin Glenn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544